UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. KULICK,<br><br>           Plaintiff,<br><br>     v.<br><br>LEISURE VILLAGE ASSOCIATION, INC., et al.,<br><br>           Defendants. | Case No. CV 20-6079 DSF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Complaint is dismissed and Judgment shall be entered dismissing this action without prejudice for lack of jurisdiction.

\\

\\

\\

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the |
| 2 | Judgment herein on Plaintiff at his current address of record. |
| 3 | |
| 4 | LET JUDGMENT BE ENTERED ACCORDINGLY. |
| 5 | DATED: September 24, 2020 |
| 6 | _____ |
|   | Honorable Dale S. Fischer |
| 7 | UNITED STATES DISTRICT JUDGE |