JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. KULICK,<br><br>        Plaintiff,<br><br>   v.<br><br>LEISURE VILLAGE ASSOCIATION, INC., et al.,<br><br>        Defendants. | Case No. CV 20-6079 DSF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 24, 2020

                                                _____
                                                Honorable Dale S. Fischer
                                                UNITED STATES DISTRICT JUDGE